REMAND / JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-06201 GW (PDx) | Date | November 4, 2021 |
|---|---|---|---|
| Title | *Ayson, et al. v. United Airlines, Inc., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present None Present

**PROCEEDINGS (IN CHAMBERS):** **ORDER CONFIRMING TENTATIVE RULING AND REMANDING ACTION TO STATE COURT**

The Court has reviewed the supplemental briefing provided by the parties following the hearing on the motion to remand held in this action on October 7, 2021. *See* Docket Nos. 29-30; *see also* Docket No. 28. In its supplemental brief, defendant United Airlines, Inc. ("United") has not directed the Court to any case from within the Ninth Circuit – and, thus, controlled by the Ninth Circuit's decision in *Moore-Thomas v. Alaska Airlines, Inc.*, 553 F.3d 1241 (9th Cir. 2009) – which reflects a case properly-removed from state court based on a "major dispute" under the Railway Labor Act. As such, the Court has no cause to even consider whether this action concerns a "major dispute," confirms its tentative ruling issued in connection with the motion to remand, grants that motion, and remands the case to Los Angeles County Superior Court.

It is so ordered.

| | : |
|---|---|
| Initials of Preparer | JG |